USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------x
                              :

UNITED STATES OF AMERICA       :

                          :

      -against-          :          **ORDER**

                          :

                          :

                          :

                          :          _____

                          :             Docket #
----------------------------------------x

_____, **DISTRICT JUDGE:**
     Judge's Name

The C.J.A. attorney assigned to this case

_____ is hereby ordered substituted
      Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to _____, NUNC-PRO-TUNC _____.

                   Attorney's Name

                        **SO ORDERED.**

             *Mary Kay Vyskocil*
         _____
          **UNITED STATES DISTRICT JUDGE**

**Dated:** **May 19, 2026**
       **New York, New York**