

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 7, 2026

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:  6/7/26 |

Re:     *United States v. Zion Bowens*, 26 Cr. 35 (MKV)

Dear Judge Vyskocil:

The Government respectfully writes in advance of the scheduled June 16, 2026 status conference for defendant Zion Bowens to request that the time between June 8, 2026 and the June 16, 2026 conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the defendant time to review discovery and allow the parties an opportunity to discuss the possibility of a pretrial resolution of this case.  Defense counsel has informed the Government that she consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
    Samantha Fry
    Assistant United States Attorney
    Southern District of New York
    (212) 637-2490
    samantha.fry@usdoj.gov

cc (by ECF):   Jacqueline Cistaro, Esq.

IT IS HEREBY ORDERED that the status conference that was previously scheduled to take place on June 8, 2026 is ADJOURNED to June 16, 2026 at 11:30 a.m.  All time is excluded from June 8, 2026 until June 16, 2026.

Date:  June 7, 2026
New York, New York

Mary Kay Vyskocil
United States District Judge