

LAW OFFICES OF
JACQUELINE E. CISTARO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/22/26

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

June 22, 2026

*Via ECF*

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

### Re: United States of America v. Zion Bowens, 26 Cr. 035 (MKV)

Your Honor:

Counsel for Zion Bowens respectfully writes on behalf of both parties to jointly request an adjournment of the status conference to allow defense counsel to continue to review discovery and for the parties to engage in plea negotiations.  The defense consents to excludable time.

If convenient for the Court we request a status conference during the week of August 3, 2026, with the exception of August 6, 2026.

Thank you for your time and kind consideration.

Respectfully submitted,

/s/ Jacqueline E. Cistaro, Esq.

cc:    All Counsel

**Granted. SO ORDERED.** The conference is ADJOURNED to August 4, 2026 at 2:30 p.m.  The parties shall file a joint letter one week before the conference.  All time is excluded until Aug. 4, 2026.

Date:  June 22, 2026
New York, New York

Mary Kay Vyskocil
United States District Judge