LAW OFFICES OF
JACQUELINE E. CISTARO

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 7/28/26

---

July 28, 2026

***Via ECF***

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

***Re: United States of America v. Zion Bowens, 26 Cr. 035 (MKV)***

Your Honor:

Pursuant to the Court's Order, the defense respectfully submits this status letter on behalf of both parties in advance of the status conference scheduled for August 4, 2026. *See* Dkt. 28. Counsel is reviewing the discovery, plea agreement, guidelines, and case law with my client and will need a few more weeks for Mr. Bowens to make a well-informed decision as to whether he will accept the plea agreement or proceed to trial.

We are happy to appear before the Court for the status conference or consent to an adjournment to the end of August with excludable time attributed to the defense.

Thank you for your time and kind consideration.

Respectfully submitted,

/s/ Jacqueline E. Cistaro, Esq.

cc: All Counsel

The conference is ADJOURNED to August 25, 2026 at 2:30 p.m. All time is excluded until August 25, 2026. The parties shall file a joint letter on August 18, 2026.

Date: July 28, 2026
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge