LAW OFFICES OF
JACQUELINE E. CISTARO

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

---

September 10, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/26

***VIA ECF***
The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

***Re: United States of America v. Zion Bowens, 26 Cr. 35 (MKV)***

Your Honor:

I represent Zion Bowens in the above-referenced matter. Defense counsel respectfully submits this joint request for a change of plea hearing to be scheduled on October 6, 2026, at 11a.m.

Thank you for your time and kind consideration.

Respectfully submitted,

/s/ Jacqueline E. Cistaro, Esq.

cc : All Counsel

**Granted. SO ORDERED.**

Date: 9/10/2026
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge