USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

ZION BOWENS,
a/k/a "Skillz,"
a/k/a "Staccs,"
Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT PRELIMINARY ORDER OF FORFEITURE AS TO SPECIFIC PROPERTY/ MONEY JUDGMENT

26 Cr. 35 (MKV)

WHEREAS, on or about January 29, 2026, ZION BOWENS (the "Defendant"), was charged in a three-count Indictment, 26 Cr. 35 (MKV) (the "Indictment"), with trafficking in firearms, in violation of Title 18, United States Code, Section 933(a)(1) (Count One); unlicensed dealing of firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A) (Count Two); and possession of a firearm after a felony conviction, in violation of Title 18 United States Code, Section 922(g)(1) (Count Three);

WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Sections 934(a) and 924(d)(1), and Title 28, United States Code, Section 2461(c), of any property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of the offense charged in Count One of the Indictment, and any of the Defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense charged in Count One of the Indictment, including but not limited to:

a. Rossi model Princess .22 caliber revolver bearing the serial number 7168;

b. Smith & Wesson model 637 Airweight 38 caliber revolver bearing the serial number CJR4172;

c. Smith & Wesson model SD9VE 9mm caliber pistol bearing the serial number FDA1732;

d. KelTec model PF-9 9mm caliber pistol bearing the serial number RYJ85;

e. Sig Sauer model P365 9mm caliber pistol bearing the serial number 66A367829;

f. Glock 48 9mm caliber semi-automatic pistol bearing the serial number BKYX260;

g. Glock 19Gen4 9mm caliber semi-automatic pistol bearing the serial number BHWM774;

h. Springfield Armory SA-XD9 9mm caliber semi-automatic pistol bearing the serial number BB508947;

i. Palmetto State Armory Dagger Compact 9mm caliber semi-automatic pistol bearimng the serial number FG125152;

j. A Davis Arms P-32 .32 caliber semi-automatic pistol bearing the serial number P013809;

k. Glock 23 .40 caliber semi-automatic pistol bearing the serial number MZF942, with a 9mm barrel installed with no serial number, along with a Glock 23 .40 barrel bearing the serial number MZF942;

l. Derya DY9 9mm caliber semi-automatic pistol bearing the serial number DRY-L001662;

m. Smith & Wesson SD9VE 9mm caliber semi-automatic pistol bearing the serial number FDU8045;

n. Smith & Wesson M&P 9 Shield EZ 9mm caliber semi-automatic pistol bearing the serial number RJA7564;

o. Taurus GX2 9mm caliber semi-automatic pistol bearing the serial number AGM640283;

p. Taurus TH9 9mm caliber semi-automatic pistol bearing the serial number ADE301472;

q. Sig Sauer SP2022 .40 caliber semi-automatic pistol bearing the serial number 248044125;

r. Glock 43 9mm caliber semi-automatic pistol bearing the serial number AGKZ081;

s. Glock 30S .45 caliber semi-automatic pistol bearing the serial number BTZA759;

t. Anderson Manufacturing AM-15 multi caliber AR pistol bearing the serial number 18043002;

u. Heckler and Koch VP9 9mm caliber semi-automatic pistol bearing the serial number 224043680;

v. Taurus GX4 9mm caliber semi-automatic pistol bearing the serial number GA56441;

w. Glock 23Gen4 .40 caliber semi-automatic pistol bearing the serial number RBF769;

x. Bersa Thunder 380 .380 caliber semi-automatic pistol bearing the serial number D72657;

y. Sarsilmaz SAR-9 9mm caliber semi-automatic pistol bearing the serial number T1102-21BV25899;

z. Colt MKIV Series 70 .45mm caliber semi-automatic pistol bearing the serial number 70B19575;

aa. Bond Arms Roughneck 9mm caliber pistol bearing the serial number 329124;

bb. Smith & Wesson M&P15 .223 caliber semi-automatic rifle bearing the serial number TF50387;

cc. Palmetto State Armory PA-15 .223 caliber semi-automatic rifle bearing the serial number DCSF942180; and

dd. Aero Precision Freedom multi caliber rifle bearing the serial number 4065-JULY4;

(a. through dd., collectively, the "Indictment Property");

WHEREAS, on or about August ___, 2026, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the

United States, pursuant to Title 18, United States Code, Sections 934(a) and 924(d)(1), and Title 28, United States Code, Section 2461(c), (i) a sum of money equal to $19,500 in United States currency, representing proceeds the Defendant obtained, directly or indirectly, as the result of the offense (the "Money Judgment"); and (ii) all right, title, and interest of the Defendant in the specific property described below, *see infra* Paragraphs a. through d.;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $19,500 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained;

WHEREAS, the Defendant further consents to the forfeiture of all his right, title and interest in the following specific property, as firearms and ammunition involved in the offense charged in Count One of the Indictment:

a. The following firearms and ammunition seized by the Government on or about December 3rd, 2025, in the vicinity of 103 Canal Street, New York, New York 10002:

   i. Rossi model Princess .22 caliber revolver bearing the serial number 7168;

   ii. Smith & Wesson model 637 Airweight 38 caliber revolver bearing the serial number CJR4172;

   iii. Smith & Wesson model SD9VE 9mm caliber pistol bearing the serial number FDA1732;

   iv. KelTec model PF-9 9mm caliber pistol bearing the serial number RYJ85;

   v. Sig Sauer model P365 9mm caliber pistol bearing the serial number 66A367829; and

   vi. Six (6) rounds of assorted 9mm caliber ammunition.

b. The following firearms and ammunition seized by the Government on or about December 9th, 2025, in the vicinity of 103 Canal Street, New York, New York 10002:

i. Glock 48 9mm caliber semi-automatic pistol bearing the serial number BKYX260;

ii. Glock 19Gen4 9mm caliber semi-automatic pistol bearing the serial number BHWM774;

iii. Springfield Armory SA-XD9 9mm caliber semi-automatic pistol bearing the serial number BB508947;

iv. Palmetto State Armory Dagger Compact 9mm caliber semi-automatic pistol bearing the serial number FG125152;

v. Davis Arms P-32 .32 caliber semi-automatic pistol bearing the serial number P013809;

vi. Glock 23 .40 caliber semi-automatic pistol bearing the serial number MZF942, with a 9mm barrel installed with no serial number, along with a Glock 23 .40 barrel bearing the serial number MZF942;

vii. Thirteen (13) rounds of .40 caliber CCI ammunition;

viii. Two (2) rounds of .32 caliber Remington ammunition; and

ix. Fifty (50) rounds of 9mm caliber Winchester-Western ammunition.

c. The following firearms and ammunition seized by the Government on or about December 18th, 2025, in the vicinity of 103 Canal Street, New York, New York 10002:

i. Derya DY9 9mm caliber semi-automatic pistol bearing the serial number DRY-L001662;

ii. Smith & Wesson SD9VE 9mm caliber semi-automatic pistol bearing the serial number FDU8045;

iii. Smith & Wesson M&P 9 Shield EZ 9mm caliber semi-automatic pistol bearing the serial number RJA7564;

iv. Taurus GX2 9mm caliber semi-automatic pistol bearing the serial number AGM640283;

v. Taurus TH9 9mm caliber semi-automatic pistol bearing the serial number ADE301472;

vi. Sig Sauer SP2022 .40 caliber semi-automatic pistol bearing the serial number 248044125;

vii. Glock 43 9mm caliber semi-automatic pistol bearing the serial number AGKZ081;

viii. Glock 30S .45 caliber semi-automatic pistol bearing the serial number BTZA759;

ix. Anderson Manufacturing AM-15 multi caliber AR pistol bearing the serial number 18043002;

x. Five (5) rounds of Federal ammunition;

xi. Four (4) rounds of Winchester ammunition;

xii. Six (6) rounds of Fiocchi ammunition; and

xiii. Thirty-nine (39) rounds of assorted ammunition.

d. The following firearms and ammunition seized by the Government on or about January 14, 2026, in the vicinity of 103 Canal Street, New York, New York 10002:

i. Heckler and Koch VP9 9mm caliber semi-automatic pistol bearing the serial number 224043680;

ii. Taurus GX4 9mm caliber semi-automatic pistol bearing the serial number GA56441;

iii. Glock 23Gen4 .40 caliber semi-automatic pistol bearing the serial number RBF769;

iv. Bersa Thunder 380 .380 caliber semi-automatic pistol bearing the serial number D72657;

v. Sarsilmaz SAR-9 9mm caliber semi-automatic pistol bearing the serial number T1102-21BV25899;

vi. Colt MKIV Series 70 .45mm caliber semi-automatic pistol bearing the serial number 70B19575;

vii. Bond Arms Roughneck 9mm caliber pistol bearing the serial number 329124;

viii. Smith & Wesson M&P15 .223 caliber semi-automatic rifle bearing the serial number TF50387;

ix. Palmetto State Armory PA-15 .223 caliber semi-automatic rifle bearing the serial number DCSF942180;

x. Aero Precision Freedom multi caliber rifle bearing the serial number 4065-JULY4;

xi. Fourteen (14) rounds of 9mm caliber ammunition;

xii. Five (5) rounds of.380 caliber ammunition;

xiii. Forty-eight (48) rounds of.556 caliber ammunition; and

xiv. Three (3) rounds of .357 caliber ammunition.

(a. through d., collectively, the "Specific Property");

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney James M. McDonald, United States Attorney, Assistant United States Attorney Samantha Fry, of counsel, and the Defendant, and his counsel, Jacqueline E. Cistaro, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $19,500 in United States currency (the

"Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

3. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment is final as to the Defendant ZION BOWENS, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

4. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

5. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

6. Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment, the United States (or its designee) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

7. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

8. The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

9. Pursuant to Rule 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

10. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section

853(n), in which all interests will be addressed. All Specific Property forfeited to the United States under a Final Order of Forfeiture shall be applied towards the satisfaction of the Money Judgment.

11. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

12. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

13. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

14. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: Samantha Fry 9/8/2026
Samantha Fry DATE
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
(212) 637- 2490

ZION BOWENS

By: /s/ Zion Bowens 9/8/2026
Zion Bowens DATE

By: Jacqueline Cistaro 9/8/2026
Jacqueline E. Cistaro, Esq. DATE
Law Offices of Jacqueline E. Cistaro
325 Broadway, Suite 505
New York, NY 10007

SO ORDERED:

Mary Kay Vyskocil 10/6/26
HONORABLE MARY KAY VYSKOCIL DATE
UNITED STATES DISTRICT JUDGE